United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                            Case No. 25-12457-pmm
Crystal Renee Clark-Jordan                                                                   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                      User: admin                     Page 1 of 1
Date Rcvd: Aug 20, 2025             Form ID: pdf900             Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Crystal Renee Clark-Jordan, 5704 N 12th Street, Philadelphia, PA 19141-4111 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2025                          Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Crystal Renee Clark-Jordan help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT H. HOLBER | trustee@holber.com  rholber@ecf.axosfs.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Crystal Renee Clark-Jordan, | : | Chapter 7 |
| | : | |
| Debtor. | : | Bky. No.  25-12457 PMM |

## O R D E R

**AND NOW,** a reaffirmation agreement having been filed between the Debtor and Citizens Bank (doc. # 10, "the Reaffirmation Agreement");

**AND**, the Court having found, in its Order dated August 4, 2025 that a presumption exists that the Reaffirmation Agreement would impose an undue hardship on the Debtor;

**AND**, the Court having held a hearing on August 20, 2025 pursuant to 11 U.S.C. §524(m) to permit the parties to present evidence to rebut the presumption of undue hardship and to determine whether the Reaffirmation Agreement should be disapproved;

**AND**, the Debtor having rebutted the presumption of undue hardship,

It is hereby **ORDERED** and **DETERMINED** that the Reaffirmation Agreement **IS NOT DISAPPROVED** pursuant to 11 U.S.C. §524(m).

Date:  8/20/25

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**