United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Crystal Renee Clark-Jordan  
    Debtor

Case No. 25-12457-pmm  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Sep 19, 2025      Form ID: 318      Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Crystal Renee Clark-Jordan, 5704 N 12th Street, Philadelphia, PA 19141-4111 |
| 15020419 | | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, St Louis, MO 63179-0040 |
| 15020420 | | Citibank/NBT, Citi Corp Credit Services Centralized Ba, St Louis, MO 63179-0040 |
| 15020422 | | Citizens Bank NA, Attn: Bankruptcy One Citizens Plaza, Providence, RI 02903 |
| 15020423 | + | Citizensbk, 6 Corporate Drive, Shelton, CT 06484-6270 |
| 15020429 | | Eagle 1 Cu, Po Box 13160, Philadelphia, PA 19101 |
| 15020431 | + | Independence Blue Cross, LLC, 1901 Market Street, Philadelphia, PA 19103-1475 |
| 15020437 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15020440 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15020442 | + | Raymond & Flannigan/WFFNB, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A, Des Moines, IA 50328-0001 |
| 15020443 | + | ServiceMaster Center, Attn: Bankruptcy, 150 Peabody Place, Memphis, TN 38103-3700 |
| 15020448 | | Target NB, C/O Financial & Retail Services Mailstop, Minneapolis, MN 55440 |
| 15020451 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QRHHOLBER.COM | Sep 20 2025 03:59:00 | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| smg | | Email/Text: megan.harper@phila.gov | Sep 20 2025 00:03:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Sep 20 2025 03:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15020415 | + | Email/Text: rperez@arcadiarecovery.com | Sep 20 2025 00:03:00 | Arcadia Recovery, 645 Penn St. 4th Fl, Reading, PA 19601-3559 |
| 15020424 | | Email/Text: megan.harper@phila.gov | Sep 20 2025 00:03:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15020416 | | EDI: CAPITALONE.COM | Sep 20 2025 03:59:00 | Cap1/kohls, Attn: Bankruptcy, PO Box 3043, Miwaukee, WI 53201-3043 |
| 15020417 | | EDI: CAPITALONE.COM | Sep 20 2025 03:59:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15020418 | + | EDI: CITICORP | Sep 20 2025 03:59:00 | Cbna, Attn: Bankruptcy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15020421 | | EDI: CITICORP | Sep 20 2025 03:59:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 15020423 | ^ | MEBN | Sep 19 2025 23:59:18 | Citizensbk, 6 Corporate Drive, Shelton, CT |

| Recipient # | Method | Date/Time | Address |
|---|---|---|---|
| 15020425 | Email/Text: bankruptcy@philapark.org | Sep 20 2025 00:03:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15020426 | + EDI: WFNNB.COM | Sep 20 2025 03:59:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15020427 | + EDI: WFNNB.COM | Sep 20 2025 03:59:00 | Comenity Bank/Jessica London, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15020428 | EDI: WFNNB.COM | Sep 20 2025 03:59:00 | Comenity Bank/Kingsize, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 15020436 | EDI: CITICORP | Sep 20 2025 03:59:00 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 15020430 | Email/Text: administrative@foundationfinance.com | Sep 20 2025 00:03:00 | Foundation Finance Company, Attn: Bankruptcy, PO Box 437, Schofield, WI 54476 |
| 15020432 | EDI: IRS.COM | Sep 20 2025 03:59:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15020433 | EDI: CAPITALONE.COM | Sep 20 2025 03:59:00 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 15020434 | Email/Text: bk@lendmarkfinancial.com | Sep 20 2025 00:02:00 | Lendmark, 2118 Usher St., Covington, GA 30014 |
| 15020435 | Email/Text: camanagement@mtb.com | Sep 20 2025 00:03:00 | M&T Credit Services, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240 |
| 15020438 | EDI: PENNDEPTREV | Sep 20 2025 03:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15020439 | ^ MEBN | Sep 19 2025 23:59:15 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15020441 | Email/Text: bankruptcy@philapark.org | Sep 20 2025 00:03:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15020445 | + EDI: SYNC | Sep 20 2025 03:59:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15020446 | + EDI: SYNC | Sep 20 2025 03:59:00 | Synchrony Bank/Lowes, Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15020447 | + EDI: SYNC | Sep 20 2025 03:59:00 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15020444 | EDI: SYNC | Sep 20 2025 03:59:00 | Synchrony Bank/hhgregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15020449 | + EDI: TDBANKNORTH.COM | Sep 20 2025 03:59:00 | TD Bank/Raymour & Flanigan, Attn: Bankruptcy, 1701 Rt. 70 East, Cherry Hill, NJ 08003-2390 |
| 15020450 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 20 2025 00:03:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15020452 | EDI: USBANKARS.COM | Sep 20 2025 03:59:00 | US Bank, PO box 5229, Cincinnati, OH 45201 |
| 15020453 | + Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Sep 20 2025 00:54:35 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, POB 10438 MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15020454 | ^ MEBN | Sep 19 2025 23:58:54 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 32

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 19, 2025 | Form ID: 318 | Total Noticed: 44 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 21, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Crystal Renee Clark-Jordan help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT H. HOLBER | trustee@holber.com  rholber@ecf.axosfs.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Crystal Renee Clark–Jordan<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–8195<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 25–12457–pmm | |

## Order of Discharge    12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

  Crystal Renee Clark–Jordan

<u>9/18/25</u>                                    **By the court:**  <u>Patricia M. Mayer</u>
                                                       United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**